1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000



FILED
MAR -4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
      DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13 MJ 00054 - SKO |
| Plaintiff, ) | ORDER SEALING ARREST WARRANT, |
| v. ) | CRIMINAL COMPLAINT, APPLICATION |
| ) | AND ORDER |
| SERGIO PATRICK RODRIGUEZ, ) | |
| Javier Rodrigues, ) | |
| ) | **Under Seal** |
| Defendant. ) | |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: March 4, 2013    _____
                         SHEILA K. OBERTO
                         U.S. Magistrate Judge

1