BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
MAR 1 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>SERGIO PATRICK RODRIGUEZ,<br><br>   Defendant. | CASE NO. 1:13MJ54 SKO<br><br>ORDER TO UNSEAL COMPLAINT |

This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to SERGIO PATRICK RODRIGUEZ, and be made public record.

DATED: 3/14/13

~~BARBARA A. McAULIFFE~~ G. Austin
U.S. Magistrate Judge