JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JENNIFER L. COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00109 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER THEREON |
| SERGIO PATRICK RODRIGUEZ, et al. | ) | |
| Defendant. | ) | Date:  April 29, 2013<br>Time:  1:00 p.m.<br>Dept :  Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 1, 2013, **may be continued to April 29, 2013 at 1:00 p.m.**

The parties have just received discovery and need additional time to review it with clients.  The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

DATED: March 28, 2013                    By:    /s/ *Karen Escobar*
                                                                 KAREN A. ESCOBAR
                                                                  Assistant United States Attorney
                                                                  Attorney for Plaintiff

                                                                  JOSEPH SCHLESINGER
                                                                  Acting Federal Defender

DATED: March 28, 2013                    By:    /s/ *Janet Bateman*
                                                                 JANET BATEMAN
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                JENNIFER COLEMAN

                                                                LAW OFFICE OF DALE BLICKENSTAFF

DATED: March 28, 2013                    By:    /s/ *Dale Blickenstaff*
                                                                 DALE BLICKENSTAFF
                                                                 Attorney for Defendant
                                                                SERGIO P. RODRIGUEZ

**O R D E R**

The parties' request for a continuance is granted.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 28, 2013**                        /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE

Rodriguez, et al. — Stipulation to Continue
Status Conference and Order Thereon          2