BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO PATRICK RODRIGUEZ, et al., <br><br> Defendants. | CASE NO.  1:13-CR-0109 LJO-SKO <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference and hearing on the government's motion on Monday, September 30, 2013, at 1:00 p.m.

2. By this stipulation, the parties now move to continue the hearing date until October 21, 2013, at 1:00 p.m. and to exclude time between September 30, 2013, and October 21, 2013.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendants desire additional time to investigate and engage in ongoing plea negotiations.  Counsel for defendant RODRIGUEZ has indicated that he wishes the government to consider a counter-offer which will be forthcoming.  Counsel for both defendants have expressed

an interest in obtaining an independent expert examination of the seized laser.  Logistics are still being worked out, since the expert is located in Philadelphia and the examination must conform with FBI protocol.

      b.      Counsel for the government is unavailable on September 30 due to an unanticipated personal commitment.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2013, to October 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      September 24, 2013.    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Karen A. Escobar_____
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney

DATED:      September 24, 2013.

                /s/ Dale Blickenstaff
                DALE BLICKENSTAFF
                Counsel for Defendant Sergio Rodriguez

DATED: September 24, 2013.

                /s/ Janet Bateman
                JANET BATEMAN
                Counsel for Defendant Jennifer Coleman

**O R D E R**

IT IS SO ORDERED.

Dated: **September 25, 2013**                **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE