BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PATRICK RODRIGUEZ<br><br>and<br><br>JENNIFER LORRAINE COLEMAN<br><br>Defendants. | CASE NO. 1:13-CR-00109-LJO-SKO<br><br>NOTICE AND ORDER REGARDING PERSONNEL RECORDS<br><br>Trial: December 17, 2013 – 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

### BACKGROUND AND NOTICE REGARDING PROPOSED ORDER

In response to the Court's November 25, 2013 minute order, the Government has provided written requests to both the Clovis Police Department and the Fresno Police Department for employee personnel records. Jenell Van Bindsbergen, Esq., of Lozano Smith, LLP—which provides legal counsel to the City of Clovis, including the Clovis Police Department—responded on November 26. Ms. Van Bindsbergen stated that the City of Clovis has no objection in principle to providing these records for *in camera* review. However, she requested that the Court issue a written order directing the City or the Clovis Police Department to produce the records.

1

In addition, Ms. Van Bindsbergen requested that the Court allow the City to comply by sending a representative with the files and allowing that representative to remain in the room while the Court reviews them.  This is the City's normal procedure in responding to *Pitchess* motions filed in California courts, since it allows records custodians to affirm that records have not left the City's control.

Finally, Ms. Van Bindsbergen indicated that a records custodian from the Clovis Police Department is available to bring the records in question the Court's chambers on Tuesday, December 3, at the Court's convenience.

The Government has not yet received a response from the Fresno Police Department.

Pursuant to the City of Clovis' request, the Government hereby encloses a proposed Order for the Court regarding personnel records.

The Government has conferred with counsel for defendant Coleman regarding the proposed Order.  Defendant Coleman does not object to the Order.  Government counsel were unable to reach counsel for defendant Rodriguez due to the holiday.

Dated: November 26, 2013                       BENJAMIN B. WAGNER
                                               United States Attorney


                                                /s/   Michael G. Tierney
                                               MICHAEL G. TIERNEY
                                               KAREN A. ESCOBAR
                                               Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SERGIO PATRICK RODRIGUEZ<br><br>and<br><br>JENNIFER LORRAINE COLEMAN<br><br>      Defendants. | CASE NO.  1:13-CR-00109-LJO-SKO<br><br>ORDER REGARDING PERSONNEL RECORDS |

ORDER REGARDING PERSONNEL RECORDS

  The City of Clovis is hereby ORDERED to provide the personnel files of the following personnel employed by the Clovis Police Department for the Court's *in camera* review:

    1. Officer Christopher Peters
    2. Officer Steve Cleaver
    3. Officer Angel Velasquez
    4. Lead Public Safety Dispatcher Sherri McClannan, and
    5. Evidence Technician Ben Campos.

  The records shall be provided prior to 12:00 p.m. on Wednesday, December 4, 2013.

IT IS SO ORDERED.

  Dated:   **November 26, 2013**      **/s/ Sheila K. Oberto**
                      UNITED STATES MAGISTRATE JUDGE