UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SERGIO PATRICK RODRIGUEZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CR F 13-0109 LJO SKO<br><br>**ORDER ON GOVERNMENT'S IN LIMINE AND RECONSIDERATION MOTIONS**<br>(Docs. 82, 83) |

　　　This Court has reviewed the Government's request for a rebuttal witness (Dr. Leon McLin) on the physical injury issue as well as defendant Coleman's response, indicating that the parties agree that physical injury is not an element, is not relevant, and will not be raised as an issue. Based on that representation, this Court DENIES as moot the Government's motion in limine (doc. 82).

　　　As to the Government's reconsideration motion, confusion appears. To prove the element of willfulness, the Government may introduce evidence that the laser was powerful and/or that the laser contained markings and scratches consistent with efforts to enhance its power. IF able, the Government may introduce evidence to show the purpose of any "illegality" statute concerning the laser in issue, and that such purpose is consistent with dangerousness (and thus arguably willfulness). Such issues vastly differ from the Court instructing the jury (by way of judicial notice) that the possession of the laser is "illegal." The

1

1 illegality, coupled with the relevance of the illegality (since without the purpose, the status is
2 irrelevant in the current case) are not matters for judicial notice under the circumstances of this
3 case.  This Court DENIES the Government reconsideration (doc. 83).

5 IT IS SO ORDERED.

6   Dated:   **December 4, 2013**          **/s/ Lawrence J. O'Neill**
7                                          UNITED STATES DISTRICT JUDGE