BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PATRICK RODRIGUEZ and JENNIFER LORRAINE COLEMAN,<br><br>Defendants. | **CASE NO.** 1:13-CR-00109-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on January 7, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) based upon the guilty verdict entered December 19, 2013, against defendant Sergio Patrick Rodriguez and Jennifer Lorraine Coleman, forfeiting to the United States the following property:

    a.    One laser pointer capable of emitting a green laser and labeled as a Class III laser product with a danger warning.

AND WHEREAS, beginning on January 11, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all

1 third parties of their right to petition the Court within sixty (60) days from the first day of
2 publication for a hearing to adjudicate the validity of their alleged legal interest in the
3 forfeited property;

4     AND WHEREAS, the Court has been advised that no third party has filed a claim
5 to the subject property and the time for any person or entity to file a claim has expired.

6     Accordingly, it is hereby ORDERED and ADJUDGED:

7     1. A Final Order of Forfeiture shall be entered forfeiting to the United
8 States of America all right, title, and interest in the above-listed property pursuant to 18
9 U.S.C. § 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), to be disposed of according to
10 law, including all right, title, and interest of Sergio Patrick Rodriguez and Jennifer
11 Lorraine Coleman.

12     2. All right, title, and interest in the above-listed property shall vest
13 solely in the name of the United States of America.

14     3. The United States Marshals Service of the Federal Bureau of
15 Investigation, shall maintain custody of and control over the subject property until it is
16 disposed of according to law.

19 IT IS SO ORDERED.

20     Dated:  **May 27, 2014**      /s/ Lawrence J. O'Neill
21                                                  UNITED STATES DISTRICT JUDGE