IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SERGIO PATRICK RODRIGUEZ,

   Defendant.

CR NO:  1:13-CR-109 LJO

FILED
SEP 1 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: SERGIO PATRICK RODRIGUEZ
Detained at: Victorville USP
Detainee is:  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
              charging detainee with: 18 USC 32(a)(5) & (a)(8) and 39(A) & 2 – Aiming a Laser Pointer
       or     b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
         or     b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                     is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Karen A. Escobar
Printed Name & Phone No: Karen A. Escobar
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 11, 2015

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 69894-097
Facility Address: 13777 Air Express Blvd., Victorville, CA
Facility Phone: (760) 530-5000
Currently

☒ Male  ☐ Female
DOB:
Race: Hispanic
FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)