Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for SERGIO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. 1:13-cr-109 LJO/SKO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | Date: March 5, 2018 |
| SERGIO PATRICK RODRIGUEZ, | ) | Time: 8:30 a.m. |
| | ) | Judge Lawrence J. O'Neill |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for March 5, 2018, at 8:30 a.m., to **March 12, 2018, at 8:30 a.m.**, to allow substance abuse providers to complete production of documents requested February 12, 2018, provide additional time for substance abuse expert to complete her assessment and recommendations following a February 23, 2018 interview with defendant, and provide counsel an opportunity to confer with defendant and prepare a response to probation's sentencing recommendation.

Defendant Rodriquez agrees that the delay resulting from the continuance shall

*Stipulation to and Proposed Order To Continue Sentencing Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109* 1

be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated: March 1, 2018

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
SERGIO RODRIQUEZ

Dated: March 1, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

### ORDER

The sentencing hearing currently set for March 5, 2018 shall be continued to **March 12, 2018 at 8:30 a.m.** Time to be excluded through March 12, 2018 pursuant to 18 USC §3161(n)(7)(B)(i).

IT IS SO ORDERED.

Dated: **March 1, 2018**         /s/ **Lawrence J. O'Neill**

UNITED STATES CHIEF DISTRICT JUDGE

*Stipulation to and Proposed Order To Continue Sentencing Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109* 2

*Stipulation to and Proposed Order To Continue Sentencing Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109*   3