Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Sergio P. Rodriguez

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-109 LJO/SKO |
| Plaintiff, ) | ORDER AUTHORIZING |
| v. ) | THE FILING OF DOCUMENTS UNDER SEAL |
| SERGIO PATRICK RODRIGUEZ, ) | (Local Rule 141) |
| Defendant. ) | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant Sergio Rodriguez.  The document captioned <u>Defendant Sergio Rodriguez's Dispositional Memorandum,</u> is ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.  This sealing order shall be accompanied by the Stipulated Protective Order signed by all counsel in this case.

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated:   **March 7, 2018**                           /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE