# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> SERGIO PATRICK RODRIGUEZ, <br><br> Defendant. | Case No. 1:13-cr-109 LJO/SKO <br><br> **REQUEST FOR MENTAL HEALTH EVALUATION AND REPORT** |

IT IS HEREBY **REQUESTED** that a psychiatric evaluation be completed as soon as possible of SERGIO PATRICK RODRIGUEZ, an inmate at the Fresno County Jail and above-named defendant: Booking No. 1811237, Personal Identification No. 7045216, Housing Unit MJ, 03, 0D; and date of birth 2/2/1988.

IT IS FURTHER REQUESTED that a written report of the evaluation be prepared by the evaluator and provided to this Court.

IT IS SO ORDERED.

Dated: **March 20, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

*United States v. Rodriguez, Case No. 1:13--cr-109*

*United States v. Rodriguez, Case No. 1:13--cr-109*