Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for SERGIO RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:13-cr-109 LJO/SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date: December 3, 2018 |
| SERGIO PATRICK RODRIGUEZ, | ) | Time: 2:00 p.m. |
| | ) | Judge Erica P. Grosjean |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for November 19, 2018, at 2:00 p.m., to **December 3, 2018, at 2:00 p.m.**, to allow the parties additional time to obtain records

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109*                                          1

from health providers, the rehabilitation facility and others regarding the charged supervision violations,

Defendant Rodriguez agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated: November 14, 2018

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
SERGIO RODRIGUEZ

Dated: November 14, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109* 2

# ORDER

IT IS SO ORDERED that the Status Conference is continued from November 19, 2018 at 2:00 p.m. to December 3, 2018 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean. Time is excluded pursuant to 18 USC §3161(n)(7)(B)(i).

IT IS SO ORDERED.

Dated:  **November 15, 2018**                     /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109*                                          3