Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for SERGIO RODRIGUEZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:13-cr-109 LJO/SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date: December 10, 2018 |
| SERGIO PATRICK RODRIGUEZ, | ) | Time: 2:00 p.m. |
| | ) | Judge Sheila K. Oberto |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for December 3, 2018, at 2:00 p.m., to **December 10, 2018, at 2:00 p.m.**, to allow the parties additional time to obtain records from health providers, the rehabilitation facility and others regarding the charged supervision violations,

Defendant Rodriguez agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Rodriguez, Case No. 1:13--cr-109* 1

**SO STIPULATED.**

Dated: November 28, 2018

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
SERGIO RODRIGUEZ

Dated: November 28, 2018    McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## ORDER

**IT IS SO ORDERED.** The status hearing currently set for December 3, 2018 shall be continued to **December 10, 2018 at 2:00 p.m.** Time to be excluded through December 10, 2018 pursuant to 18 USC §3161(n)(7)(B)(i).

Dated:   **November 29, 2018**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE