MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-109 LJO |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS FOR ENTRY DECEMBER 28, 2018 AND ORDER |
| v. | |
| SERGIO PATRICK RODRIGUEZ, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby moves to dismiss the supervised release violation petition filed herein on October 29, 2018, in the above-captioned matter. (Doc. 281).

The basis for dismissal is that there is insufficient evidence to establish the violations alleged in the petition. Moreover, as a condition of dismissal, the defendant has produced to the United States a signed waiver of confidentiality of his medical records for the future and remainder of his supervised release term. The government and defense have also entered into a stipulated protective order with respect to the use of any medical records obtained in this matter. The government further agrees to abide by the terms of that stipulated protective order. The defendant has also agreed to return to and complete the Westcare program.

In light of the foregoing, the United States requests that this matter be dismissed and entered on December 28, 2018. It is further requested that the defendant shall be released between 8:00 a.m. to

8:30 a.m. on December 28, 2018, to the care and custody of U.S. Probation Officer Chhoeuth Bou or an authorized representative of the U.S. Probation Office for placement forthwith at Westcare. Alternatively, release may be to an authorized representative of Westcare.

Dated: December 21, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **December 21, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE